Stephen WINN, Petitioner
Below–Appellant,

v.

John EDINGER, Respondent
Below–Appellee.

No. 611, 2015

Supreme Court of Delaware.

Submitted: January 6, 2016
Decided: February 17, 2016

AFFIRMED.

■

MSP EQUIPMENT RENTAL, INC.,
Plaintiff–Below, Appellant,

v.

GAVILON GRAIN, LLC d/b/a
Peavy Grain, Defendant–
Below, Appellee.

No. 351, 2015

Supreme Court of Delaware.

Submitted: February 17, 2016
Decided: February 18, 2016

AFFIRMED.

■

Amie JONES, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 569, 2015

Supreme Court of Delaware.

Submitted: February 9, 2016
Decided: February 18, 2016

DISMISSED.

■

Mario SANTIAGO, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 577, 2015

Supreme Court of Delaware.

Submitted: January 4, 2016
Decided: February 18, 2016

AFFIRMED.